Bown Brothers, Inc., Respondent, v. Merchants Bank of Rochester, Appellant. (Six Actions.)

(Submitted November 15, 1926; decided November 23, 1926.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 243 N. Y. 366.)

---

In the Matter of the Application of Sarah Levitch, as Administratrix of the Estate of Ray L. Levitch, Deceased, Respondent, against The Board of Education of the City of New York, Appellant.

(Submitted November 15, 1926; decided November 23, 1926.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 243 N. Y. 373.)

---

Burton W. Farnham, Respondent, v. Grand Central Packard Renting Corporation, Appellant, Impleaded with Another.

*Appeal — unanimous affirmance — motion to dismiss appeal without permission granted.*

*Farnham* v. *Grand Central Packard Renting Corp.*, 217 App. Div. 799, appeal dismissed.

(Submitted November 15, 1926; decided November 23, 1926.)

Motion to dismiss appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 2, 1926, unanimously affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that no appeal lay as of right to the Court of Appeals and permission to appeal had not been granted.

*J. Harris Loucks* for motion.

*David B. Sugarman* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.